UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUNE WATTS, | : | CIVIL ACTION NO. |
| | : | 3:11-CV-01068-JCH |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| UNITED COLLECTION BUREAU, INC., | : | August 29, 2011 |
| | : | |
| Defendant. | : | |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action, including all claims and counterclaims, with prejudice, and without costs.

THE PLAINTIFF

By: _____
Joanne Faulkner, Esq. (CT04137)

123 Avon Street
New Haven, CT 06511-2422
Tel: 203-772-0395
Email: j.faulkner@snet.net

THE DEFENDANTS

By _____
Jonathan D. Elliot (ct05762)

Zeldes, Needle & Cooper, PC
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel. 203-333-9441
Fax 203-222-1489
Email: jelliot@znclaw.com